UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>IVAN RODRIGUEZ,<br><br>Defendant. | Case No. 1:94-CR-0313 (CSH)<br><br>DECEMBER 15, 2021 |

## MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

*Pro se* petitioner Ivan Rodriguez, a prisoner currently incarcerated at U.S.P. Canaan in Waymart, Pennsylvania, has moved for modification of his term of life imprisonment, seeking "relief" under 18 U.S.C. § 3582. In his motion, he states that he is "almost 70 years of age, with major health problems with [a] short life trajectory." Doc. 920, at 1. He further asserts that he "is not a threat to society" and has "payed [sic] his debt [for] his crimes" so "seeks mercy" from the Court. *Id.* at 2.

The United States Attorney for the Southern District of New York ("SDNY") is hereby ORDERED to respond to Rodriguez's motion [Doc. 920] within 30 days of the entry of this Order. Any reply by the Petitioner shall be due within twenty-one (21) days after the filing of the United States Attorney's response.

The Clerk of the Court shall serve, by certified mail, return receipt requested, a copy of this Order, Rodriguez's motion, and any underlying documents upon the United States Attorney for the

1

SDNY.

It is So ORDERED.

Dated:  New Haven, Connecticut
        December 15, 2021

/s/ Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge