UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                               :    94-CR-313-16 (LJL)
                                                                   :
IVAN RODRIGUEZ,                                                    :    ORDER
                                                                   :
            Defendant.                                         :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to send a copy of the Memorandum and Order at Dkt. No. 963 to the Defendant at the address listed on the docket.

      SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                  United States District Judge