```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :       94-cr-00313 (LJL)
                                                                   :
IVAN RODRIGUEZ,                                                    :       ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Defendant's request for an extension is granted. The Court did not set a deadline for a renewed motion for compassionate release based on new facts not previously argued or available in Defendant's prior compassionate release motion, which the Court denied on July 22, 2025. Dkt. No. 963.

    The Clerk of Court is respectfully directed to send a copy of this Order to the Defendant, at Defendant's current facility.

    SO ORDERED.

Dated: September 5, 2025
       New York, New York

                                                         LEWIS J. LIMAN
                                                    United States District Judge