UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                            :

UNITED STATES OF AMERICA,           :

                            :

        -v-                    :          94-CR-313-16 (LJL)

                            :

IVAN RODRIGUEZ,             :           ORDER

                            :

                 Defendant.      :

                            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant Ivan Rodriguez has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   Dkt. No. 970.   In that motion, he states that he would like to send the Court "a few attachments" which he would like to have treated as under seal.   Id. at 5.   Mr. Rodriguez may file a letter with the attachments and a request that they should be filed under seal.   The letter should be directed to the Clerk of Court.   The Court will reserve decision on his motion pending his submission of the attachments.   The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Rodriguez.

      SO ORDERED.

Dated: March 10, 2026
      New York, New York                            LEWIS J. LIMAN
                                            United States District Judge